**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

6/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself | |
|---|---|---|

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | Antonio<br>First name<br>Marciano<br>Middle name<br>Mead-Smith<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| | Bring your picture identification to your meeting with the trustee. | | |
| **2.** | **All other names you have used in the last 8 years** | | |
| | Include your married or maiden names and any assumed, trade names and doing business as names. | | |
| | Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 9 0 6 0<br>OR<br>9 xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9 xx – xx – ____ ____ ____ ____ |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

| About Debtor 1: | About Debtor 2: |
|---|---|
| _____<br>EIN | _____<br>EIN |
| _____<br>EIN | _____<br>EIN |
| _____<br>EIN | _____<br>EIN |
| _____<br>EIN | _____<br>EIN |

**5. Where you live**

14607 N. Ensenada Court
_____
Number    Street

_____

Phoenix                          AZ      85053
_____
City                              State    ZIP Code

Maricopa County
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                              State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____

_____
City                              State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                              State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
   (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
   (See 28 U.S.C. § 1408.)

## Part 2:   Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor _____ | Relationship to you _____ |
|---|---|
| District _____ When _____ | Case number, if known_____ |
| Debtor _____ | Relationship to you _____ |
| District _____ When _____ | Case number, if known_____ |

**11. Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City            State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Part 6:  Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

  ☐ No
  ☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ /s/ Antonio Marciano Mead-Smith          ✖ _____
_____
Signature of Debtor 1                          Signature of Debtor 2

Executed on  02/17/2025                      Executed on _____
          MM / DD / YYYY                                MM / DD / YYYY

Email address _____               Email address _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✖ /s/ Patrick Keery

Signature of Attorney for Debtor

Date 02/17/2025

MM / DD / YYYY

Patrick Keery

Printed name

Keery McCue, PLLC

Firm name

6803 E. Main Street

Number    Street

Suite 1116

Scottsdale

City

AZ

State

85251

ZIP Code

Contact phone (480) 478-0709

Email address pfk@keerymccue.com

030971

Bar number

AZ

State

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 7

Fill in this information to identify your case:

Debtor 1    Antonio Marciano Mead-Smith

First Name            Middle Name            Last Name

Debtor 2
(Spouse, if filing) First Name            Middle Name            Last Name

United States Bankruptcy Court for the:  District of Arizona

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|  |  | Unsecured claim |
|---|---|---|

**1**

PIRS Capital

Creditor's Name

1688 Meridian Ave.

Number          Street

Suite 700

Miami Beach          FL          33139-2710

City                State          ZIP Code

Contact

Contact phone

What is the nature of the claim? Business Debt/Short Term Loan

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
              Value of security:     – $_____
              Unsecured claim          $_____

$ 407,957.00

**2**

Clearfund Solutions

Creditor's Name

99 Wall Street

Number          Street

Suite 2613

New York City          NY          10005-4301

City                State          ZIP Code

Contact

Contact phone

What is the nature of the claim? Business Debt

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
              Value of security:     – $_____
              Unsecured claim          $_____

$ 250,640.34

**Unsecured claim**

| **3** | Ondeck Cap | What is the nature of the claim? Business Debt/Short Term Loan | $171,346.00 |

Creditor's Name

1400 Broadway

Number    Street

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

New York    NY    10018

City    State    ZIP Code

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____

Contact

Value of security: – $_____

Contact phone

Unsecured claim $_____

| **4** | G&G Funding Group, LLC | What is the nature of the claim? Business Debt/Short Term Loan | $168,469.64 |

Creditor's Name

57 West 57th Street

Number    Street

4th Floor

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

New York    NY    10019-2802

City    State    ZIP Code

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____

Contact

Value of security: – $_____

Contact phone

Unsecured claim $_____

| **5** | U.S. Small Business Administration | What is the nature of the claim? _____ | $163,397.70 |

Creditor's Name

312 N Sprint St. 5th Floor

Number    Street

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Los Angeles    CA    90012-4701

City    State    ZIP Code

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____

Contact

Value of security: – $_____

Contact phone

Unsecured claim $_____

| **6** | Wynwood Capital Group | What is the nature of the claim? Business Debt/Short Term Loan | $150,920.30 |

Creditor's Name

20200 W. Dixie Highway

Number    Street

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Miami    FL    33180-1918

City    State    ZIP Code

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____

Contact

Value of security: – $_____

Contact phone

Unsecured claim $_____

| **7** | Small Business Administration | What is the nature of the claim? Business Debt/Loan | $140,000.00 |

Creditor's Name

409 3rd St., SW

Number    Street

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Washington    DC    20416

City    State    ZIP Code

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____

Contact

Value of security: – $_____

Contact phone

| | Unsecured claim |
|---|---|

**8** | Reserve Capital Management
Creditor's Name

325 Division Ave.
Number        Street

Suite 201

Brooklyn          NY    11211-2572
City              State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Business Debt/Short Term Loan    $ 105,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    − $_____
Unsecured claim    $_____

**9** | Pacific Financial Association, Inc.
Creditor's Name

22601 N. 19th Ave.
Number        Street

Suite 202

Phoenix          AZ   85027-1321
City              State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Business Debt/Brokerage Bond    $ 100,942.71

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    − $_____
Unsecured claim    $_____

**10** | Mitsubishi Hc Capital
Creditor's Name

2441 Warrenville Rd Ste 310
Number        Street

Lisle          IL    60532
City          State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Monies Loaned / Advanced    $ 100,245.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    − $_____
Unsecured claim    $_____

**11** | Crossroads Financial Equipment Lease
Creditor's Name

9385 Haven Ave
Number        Street

Rancho Cucamonga   CA   91730
City              State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Business Debt/Equipment Funding    $ 100,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    − $_____
Unsecured claim    $_____

**12** | Fleet Logic LLC
Creditor's Name

dba Velocity Truck Rental & Leasing
Number        Street

15724 Valley Blvd.

Fontana          CA   92335-6428
City              State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Business Debt/Equipment Funding    $ 100,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    − $_____
Unsecured claim    $_____

| | **Unsecured claim** |
|---|---|

**13**   **Tandem Finance**
Creditor's Name

3801 Automation Way
Number   Street

Suite 207

Fort Collins      CO   80525-5734
City     State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Business Debt/Equipment Funding   $100,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured).   $_____
     Value of security:   – $_____
     Unsecured claim   $_____

**14**   **Penske**
Creditor's Name

2675 Morgantown Road
Number   Street

Reading      PA   196079676
City     State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Business Debt/Equipment Funding   $50,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
     Value of security:   – $_____
     Unsecured claim   $_____

**15**   **On Deck Capital - Credit Line**
Creditor's Name

1400 Broadway
Number   Street

Floor 25

New York      NY   10018-5225
City     State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Business Debt/Credit Line   $50,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
     Value of security:   – $_____
     Unsecured claim   $_____

**16**   **ENGS Commercial Finance**
Creditor's Name

1 Pierce Place
Number   Street

Itasca      IL   60143-1253
City     State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Business Debt/Equipment Funding   $50,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
     Value of security:   – $_____
     Unsecured claim   $_____

**17**   **RTS Financial Service, Inc.**
Creditor's Name

9300 Metcalf Ave.
Number   Street

Overland Park      KS   66212-
City     State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Business Debt/Credit Line   $ 46,343.27

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
     Value of security:   – $_____
     Unsecured claim   $_____

Case 2:25-bk-01292-MCW   Doc 1   Filed 02/17/25   Entered 02/17/25 19:03:55   Desc

Official Form 104     **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 4

Main Document     Page 11 of 77

| Debtor 1 | Antonio Marciano Mead-Smith | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | **Unsecured claim** |
|---|---|---|

**18**

Wells Fargo
Creditor's Name
P.O. Box 5511
Number          Street

Sioux Falls          SD  57117
City          State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Business Debt/Credit Line

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:    – $_____
          Unsecured claim          $_____

$ 40,000.00

---

**19**

BMO Harris Bank
Creditor's Name
111 W. Monroe St.
Number          Street
Suite 1200

Chicago          IL   60603-4014
City          State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Business Debt/Equipment Funding

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:    – $_____
          Unsecured claim          $_____

$ 40,000.00

---

**20**

Mitsubishi Hc Capital
Creditor's Name
2441 Warrenville Rd Ste 310
Number          Street

Lisle          IL   60532
City          State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Monies Loaned / Advanced

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:    – $_____
          Unsecured claim          $_____

$ 39,236.00

Official Form 104          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          page 5

| Part 2: | Sign Below |
| --- | --- |

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✖ /s/ Antonio Marciano Mead-Smith

✖ _____

Signature of Debtor 1

Signature of Debtor 2

Date 02/17/2025
    MM / DD / YYYY

Date 02/17/2025
    MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1   Antonio Marciano Mead-Smith

First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)  First Name     Middle Name     Last Name

United States Bankruptcy Court for the: District of Arizona

Case number _____
     (If known)

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:   Summarize Your Assets

|  | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*........................................ | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*............................... | $ 373,383.96 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*........................................ | $ 373,383.96 |

### Part 2:   Summarize Your Liabilities

|  | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ........... | $ 0.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................................. | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.................................... | + $ 2,746,940.99 |
| **Your total liabilities** | $ 2,746,940.99 |

### Part 3:   Summarize Your Income and Expenses

|  |  |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* ...................................................... | $ 11,472.68 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* ............................................................ | $ 6,970.00 |

## Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

Fill in this information to identify your case and this filing:

Debtor 1   Antonio Marciano Mead-Smith
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of Arizona

Case number _____
(if know)

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   - ☑ No. Go to Part 2
   - ☐ Yes. Where is the property?

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☐ No
   - ☑ Yes

3.1 Make: Jeep

Model: Wrangler

Year: 2008

Approximate mileage: 120000

Other information:

Condition:Good;

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 7,911.00 | $ 7,911.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☐ No
   - ☑ Yes

4.1 Make: MCI Greyhound Bus

Model: _____

Year: 1967

Other information:

Condition:Fair; Converted into Camper;

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 5,000.00 | $ 5,000.00 |

4.2  Make: Trawler Boat

Model: _____

Year:                          1979

Other information:

Condition: Good; Owned by
Ocean Alexander, LLC;

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ 50,000.00

**Current value of the portion you own?**
$ 50,000.00

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**..................................................................................................►

$ 62,911.00

---

| Part 3: | **Describe Your Personal and Household Items** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**

6.  **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

Do not deduct secured claims or exemptions.

☐ No
☑ Yes. Describe...

Used Household Goods - See attached list

$ 6,815.00

7.  **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe...

2 TV - $500, 1 Radio - $50, 1 Stereo - $50, 2 Speakers - $50, 1 Gaming Console - $100

$ 750.00

8.  **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe...

9.  **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe...

4 Bicycles
Miscellaneous Hobby Equipment

$ 400.00

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe...

1 - Sig Sauer p365 - $600, 1 Glock 9 - $500

$ 1,100.00

11. **Clothes**

     *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

     ☐ No
     ☑ Yes. Describe...

| Used Clothing | $ 350.00 |
|---|---|

12. **Jewelry**

     *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems
                 gold, silver

     ☑ No
     ☐ Yes. Describe...

13. **Non-farm animals**

     *Examples:* Dogs, cats, birds, horses

     ☑ No
     ☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

     ☐ No
     ☑ Yes. Give specific information...

| Used Books<br>1 Bible | $ 35.00 |
|---|---|

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................................➤ | $9,450.00 |

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

     *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

     ☑ No
     ☐ Yes.....................................................................................................................    Cash ...........................   $ _____

17. **Deposits of money**

     *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses
                 and other similar institutions. If you have multiple accounts with the same institution, list each.

     ☐ No
     ☑ Yes..................          Institution name:

     17.1. Checking account:      Desert Financial Credit Union Checking ending in 5371-0400      $ 4,478.93

     17.2. Savings account:      Desert Financial Credit Union Checking ending in 5371-0000      $ 43.16

18. **Bonds, mutual funds, or publicly traded stocks**

     *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

     ☑ No
     ☐ Yes..................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

     ☐ No
     ☑ Yes. Give specific information about them...........

     Name of entity:                                        % of ownership:

     Logistics Development Partners, LLC                 100 _____ %    $ 0.00

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

|  | Federal: | $ 0.00 |
|---|---|---|
|  | State: | $ 0.00 |
|  | Local: | $ 0.00 |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

31. **Interests in insurance policies**

☑ No
☐ Yes. Name the insurance company of each policy and list its value.

32. **Any interest in property that is due you from someone who has died**
- ☑ No
- ☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
- ☑ No
- ☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ☑ No
- ☐ Yes. Give specific information....

35. **Any financial assets you did not already list**
- ☑ No
- ☐ Yes. Give specific information...

36. Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............................................................................................................▶ | $4,522.09 |

## Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ☑ No. Go to Part 6.
- ☐ Yes. Go to line 38.

## Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

- ☐ No
- ☑ Yes. Give specific information...

> Property held by Cunningham and Associates on behalf of Cargo Flow, LLC (Debtor's Former Entity)

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................▶ | $296,500.87 |

## Part 8:    List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2**................................................................................▶ | | $0.00 |
| 56. **Part 2: Total vehicles, line 5** | $ 62,911.00 | |
| 57. **Part 3: Total personal and household items, line 15** | $ 9,450.00 | |
| 58. **Part 4: Total financial assets, line 36** | $ 4,522.09 | |
| 59. **Part 5: Total business-related property, line 45** | $ 0.00 | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $ 0.00 | |
| 61. **Part 7: Total other property not listed, line 54** | + $ 296,500.87 | |
| 62. **Total personal property. Add lines 56 through 61** ................... | $ 373,383.96 | Copy personal property total▶   + $ 373,383.96 |
| 63. **Total of all property on Schedule A/B. Add line 55 + line 62** | | $ 373,383.96 |

| Room | Qty | Item | Value | Extended |
|------|-----|------|-------|----------|
| Kitchen: | | | | |
| | 1 | Table | 200 | 200 |
| | 4 | Chairs | 25 | 100 |
| | 1 | Stove | 200 | 200 |
| | 1 | Refrigerator | 400 | 400 |
| | 1 | Set(s) Pots & Pans | 50 | 50 |
| | 1 | Set(s) Dishes | 50 | 50 |
| | 1 | Set(s) Silverware | 25 | 25 |
| | Misc | Small Appliances | 100 | 100 |
| | Misc | Other | 100 | 100 |
| | 4 | Bar Stools | 50 | 200 |
| | 5 | Picture Frames | 10 | 50 |
| Dining Room: | | | | |
| | 1 | Hutch/Buffet | 200 | 200 |
| | 1 | Other | 100 | 100 |
| | 1 | Silverware | 50 | 50 |
| | 1 | Misc. Plateware | 50 | 50 |
| Living Room: | | | | |
| | 1 | Couch | 400 | 400 |
| | 1 | Coffee Table | 100 | 100 |
| | 1 | Lamps | 50 | 50 |
| | 1 | Mirrors | 50 | 50 |
| | 2 | Wall Hangings | 25 | 50 |
| Master Bedroom: | | | | |
| | 1 | Bed | 300 | 300 |
| | 1 | Dresser | 200 | 200 |
| | 2 | Lamps | 25 | 50 |
| | 1 | Bedding | 25 | 25 |
| | 1 | Alarm Clock | 10 | 10 |
| | 2 | Nightstand | 50 | 100 |
| | 1 | Other | 100 | 100 |
| | 1 | Wall Hangings | 50 | 50 |
| | 1 | Chaise | 200 | 200 |
| Other Bedrooms: | | | | |
| | 2 | Beds | 200 | 400 |
| | 2 | Tables | 25 | 50 |
| | 2 | Dresser | 100 | 200 |
| | 2 | Lamps | 50 | 100 |
| | 2 | Bedding | 25 | 50 |
| | 1 | Alarm Clock | 20 | 20 |
| | 1 | Other | 200 | 200 |
| | 2 | Nightstands | 100 | 200 |
| | 1 | Patio Furniture | 400 | 400 |
| Miscellaneous: | | | | |
| | 1 | Desk | 200 | 200 |
| | 1 | Washing Machine | 200 | 200 |
| | 1 | Clothes Dryer | 200 | 200 |
| | 1 | Vacuum Cleaner | 100 | 100 |
| | 1 | Home Computer System | 200 | 200 |
| | 1 | Laptop | 200 | 200 |
| | 1 | Iron | 10 | 10 |
| | 1 | Computer Printer/Modem | 25 | 25 |
| | 1 | Other | 100 | 100 |
| | 1 | Hand Tools / Box | 100 | 100 |
| | Misc | Power Tools | 200 | 200 |
| | 1 | Safe | 100 | 100 |
| | | TOTAL | | $6,815.00 |

| Debtor 1 | Antonio Marciano Mead-Smith | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: District of Arizona | | | |
| Case number (If known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2008 Jeep Wrangler  Line from *Schedule A/B*: 3.1 | $ 7,911.00 | ☑ $ 15,600.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (8) |
| Brief description: Household Goods - Used Household Goods - See attached list  Line from *Schedule A/B*: 6 | $ 6,815.00 | ☑ $ 10,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1123 |
| Brief description: Electronics - 2 TV - $500, 1 Radio - $50, 1 Stereo - $50, 2 Speakers - $50, 1 Gaming Console - $100  Line from *Schedule A/B*: 7 | $ 750.00 | ☑ $ 1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1123 |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Sports & Hobby Equipment - 4 Bicycles<br><br>Line from *Schedule A/B*: 9 | $200.00 | ☑ $ 2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (7) |
| Brief description: Sports & Hobby Equipment - Miscellaneous Hobby Equipment<br><br>Line from *Schedule A/B*: 9 | $200.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1123 |
| Brief description: Firearms - 1 - Sig Sauer p365 - $600, 1 Glock 9 - $500<br><br>Line from *Schedule A/B*: 10 | $1,100.00 | ☑ $ 2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (10) |
| Brief description: Clothing - Used Clothing<br><br>Line from *Schedule A/B*: 11 | $350.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (1) |
| Brief description: Other - Used Books<br><br>Line from *Schedule A/B*: 14 | $25.00 | ☑ $ 250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (5) |
| Brief description: Other - 1 Bible<br><br>Line from *Schedule A/B*: 14 | $10.00 | ☑ $ 2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (7) |
| Brief description: Desert Financial Credit Union Checking ending in 5371-0400 (Checking Account)<br><br>Line from *Schedule A/B*: 17.1 | $4,478.93 | ☑ $ 5,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1126 (A)(9) |
| Brief description:<br><br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

| | |
|---|---|
| Debtor 1 | Antonio Marciano Mead-Smith |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | District of Arizona |
| Case number (if know) | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim** Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion** If any |
|---|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$ 0.00** | | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

Fill in this information to identify your case:

Debtor 1        Antonio Marciano Mead-Smith
                First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name        Last Name

United States Bankruptcy Court for the:  District of Arizona

Case number
(if know)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | | | | | |
|---|---|---|---|---|---|

Arizona Department of Revenue
Priority Creditor's Name

2005 North Central Avenue
Number          Street
Phoenix AZ      85004-0000
City      State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 9060
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim $ 0.00      Priority amount $ 0.00      Nonpriority amount $ 0.00

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 1 of 19

| 2.2 | | |
|---|---|---|

**Internal Revenue Service**
Priority Creditor's Name

Centralized Insolvency Operations
Number    Street
P.O. Box 7346

Philadelphia PA    19101
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 9060
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

$ 0.00    $ 0.00    $ 0.00

---

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**
- [ ] No. You have nothing else to report in this part. Submit with the court with your other schedules.
- [x] Yes. Fill in all of the information below.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|

| 4.1 | | |
|---|---|---|

**American Express**
Nonpriority Creditor's Name

200 Vesey Street
Number    Street
New York City NY    10281-5525
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 1021
**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Business Debt

$ 3,000.00

---

| 4.2 | | |
|---|---|---|

**American Express**
Nonpriority Creditor's Name

P.O. Box 60189
Number    Street
City Of Industry CA    91716-0189
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 2003
**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Business Debt

$ 1,313.77

---

**4.3**

| | |
|---|---|
| Amex | Last 4 digits of account number  9513 |
| Nonpriority Creditor's Name | When was the debt incurred?  03-22-2022 |
| P O Box 297871 | |
| Number          Street | As of the date you file, the claim is: Check all that apply. |
| Fort Lauderdale FL      33329 | ☐ Contingent |
| City          State     ZIP Code | ☐ Unliquidated |
| **Who owes the debt?** Check one. | ☐ Disputed |

$ 1,353.00

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card Debt

---

**4.4**

Amur Financial Group
Nonpriority Creditor's Name

#310-10524 King George Blvd
Number          Street

Surrey          BC V3T 2X2, Canada
City          State     ZIP Code

$ 20,000.00

**Last 4 digits of account number  1094145**
**When was the debt incurred?  08/04/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business Debt/Equipment Funding

---

**4.5**

Apex Commercial Capital
Nonpriority Creditor's Name

1 Walnut Grove Drive
Number          Street

Suite 300

Horsham PA      19044-2201
City          State     ZIP Code

$ 9,162.08

**Last 4 digits of account number  38706**
**When was the debt incurred?  08/04/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business Debt/Equipment Funding

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 3 of 19

---

| 4.6 | Beacon Funding | Last 4 digits of account number  MA-04300 /BFC13482-04 | $ 30,000.00 |

**Nonpriority Creditor's Name**

400 Dundee Rd.
<u>Number    Street</u>
Suite 180

Northbrook IL    60062-
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**  09/02/2021

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt/Equipment Funding

---

| 4.7 | Blue Bridge Financial, Inc. | Last 4 digits of account number  150736 | $ 20,000.00 |

**Nonpriority Creditor's Name**

11921 Freedom Dr
<u>Number    Street</u>
Suite 1130

Reston VA    20190-6225
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**  2023

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt/Equipment Funding

---

| 4.8 | BMO Harris Bank | Last 4 digits of account number  9689753-001 | $ 40,000.00 |

**Nonpriority Creditor's Name**

111 W. Monroe St.
<u>Number    Street</u>
Suite 1200

Chicago IL    60603-4014
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**  08/01/2020

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt/Equipment Funding

| 4.9 | Caterpillar Credit | Last 4 digits of account number  22011621 | $ 7,844.07 |
|-----|-------------------|-----|-----|

**Caterpillar Credit**
Nonpriority Creditor's Name

P.O. Box 735638
Number          Street

Dallas TX      75373-5638
City     State     ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  22011621
**When was the debt incurred?**  2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business Debt/Equipment Funding

$ 7,844.07

---

| 4.10 | Citi | Last 4 digits of account number  4465 | $ 5,476.00 |
|------|------|-----|-----|

**Citi**
Nonpriority Creditor's Name

Pob 6241
Number          Street

Sioux Falls SD      57117
City     State     ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  4465
**When was the debt incurred?**  01-20-2023

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card Debt

$ 5,476.00

---

| 4.11 | Citi | Last 4 digits of account number  2812 | $ 2.00 |
|------|------|-----|-----|

**Citi**
Nonpriority Creditor's Name

Po Box 6190
Number          Street

Sioux Falls SD      57117
City     State     ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  2812
**When was the debt incurred?**  12-09-2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

$ 2.00

---

| 4.12 | CitiBank | Last 4 digits of account number  9529 | $ 5,880.56 |

**Nonpriority Creditor's Name**

When was the debt incurred?  2022

388 Greenwich St.

Number        Street

New York NY      10013

City      State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify  Credit Card Debt

---

| 4.13 | Clearfund Solutions | Last 4 digits of account number  None | $ 250,640.34 |

**Nonpriority Creditor's Name**

When was the debt incurred?  11/30/2023

99 Wall Street

Number        Street

Suite 2613

New York City NY      10005-4301

City      State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify  Business Debt

---

| 4.14 | Crossroads Financial Equipment Lease | Last 4 digits of account number  59312 and 59715 | $ 100,000.00 |

**Nonpriority Creditor's Name**

When was the debt incurred?  1/29/2020

9385 Haven Ave.

Number        Street

Rancho Cucamonga CA      91730

City      State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify  Business Debt/Equipment Funding

---

Case 2:25-bk-01292-MCW    Doc 1    Filed 02/17/25    Entered 02/17/25 19:03:55    Desc
Main Document    Page 30 of 77

| 4.15 | Desert Trailer Systems | Last 4 digits of account number 2571 | $ 15,000.00 |

**4.15**

Desert Trailer Systems
Nonpriority Creditor's Name

2733 W. Buckeye Rd.
Number    Street

Phoenix AZ    85009
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 2571
**When was the debt incurred?** 2019

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt/Equipment Funding

$ 15,000.00

---

**4.16**

ENGS Commercial Finance
Nonpriority Creditor's Name

1 Pierce Place
Number    Street

Itasca IL    60143-1253
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 127739
**When was the debt incurred?** 08/13/2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt/Equipment Funding

$ 50,000.00

---

**4.17**

Fleet Logic LLC
Nonpriority Creditor's Name

dba Velocity Truck Rental & Leasing

15724 Valley Blvd.
Number    Street

Fontana CA    92335-6428
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 001-10002595-000
**When was the debt incurred?** 2019

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt/Equipment Funding

$ 100,000.00

---

| 4.18 | **G&G Funding Group, LLC** | **Last 4 digits of account number**   Loan/None | $ <u>168,469.64</u> |

Nonpriority Creditor's Name

**When was the debt incurred?** <u>12/18/2023</u>

<u>57 West 57th Street</u>

Number      Street

**As of the date you file, the claim is:** Check all that apply.

<u>4th Floor</u>

☐ Contingent

☑ Unliquidated

<u>New York NY      10019-2802</u>

☐ Disputed

City      State    ZIP Code

**Type of NONPRIORITY unsecured claim:**

**Who owes the debt?** Check one.

☐ Student loans

☐ Debtor 1 only

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ **Check if this claim relates to a community debt**

☑ Other. Specify   Business Debt/Short Term Loan

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 4.19 | **HIL Financial** | **Last 4 digits of account number**   38706 | $ <u>20,000.00</u> |

Nonpriority Creditor's Name

**When was the debt incurred?** <u>8/2/2022</u>

<u>3724 Lake Washington Blvd. NE</u>

Number      Street

**As of the date you file, the claim is:** Check all that apply.

<u>Kirkland WA      98033-7802</u>

☐ Contingent

☑ Unliquidated

City      State    ZIP Code

☐ Disputed

**Who owes the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ **Check if this claim relates to a community debt**

☑ Other. Specify   Business Debt/Equipment Funding

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 4.20 | **Jpmcb Card** | **Last 4 digits of account number**   1171 | $ <u>4,934.00</u> |

Nonpriority Creditor's Name

**When was the debt incurred?** <u>12-27-2023</u>

<u>201 N Walnut St</u>

Number      Street

**As of the date you file, the claim is:** Check all that apply.

<u>Wilmington DE      19801</u>

☐ Contingent

☑ Unliquidated

City      State    ZIP Code

☐ Disputed

**Who owes the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ **Check if this claim relates to a community debt**

☑ Other. Specify   Personal/Business Debt

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 8 of 19

| 4.21 | Jpmcb Card | | Last 4 digits of account number 8371 | $ 643.00 |
|---|---|---|---|---|

Jpmcb Card
Nonpriority Creditor's Name

201 N Walnut St
Number          Street

Wilmington DE    19801
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 8371
**When was the debt incurred?** 02-13-2018

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 643.00

---

4.22  Jpmcb Card
Nonpriority Creditor's Name

201 N Walnut St
Number          Street

Wilmington DE    19801
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 2071
**When was the debt incurred?** 03-22-2022

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 8,470.00

---

4.23  Mitsubishi Hc Capital
Nonpriority Creditor's Name

2441 Warrenville Rd Ste 310
Number          Street

Lisle   IL    60532
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 0453
**When was the debt incurred?** 07-14-2022

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Monies Loaned / Advanced

$ 100,245.00

Debtor __Antonio Marciano Mead-Smith__    Case number *(if known)* _____

First Name   Middle Name   Last Name

---

**4.24** | Mitsubishi Hc Capital

Nonpriority Creditor's Name

2441 Warrenville Rd Ste 310

Number        Street

Lisle   IL    60532

City   State   ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  7739

**When was the debt incurred?**  08-20-2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Monies Loaned / Advanced

$ 39,236.00

---

**4.25** | Ondeck Cap

Nonpriority Creditor's Name

1400 Broadway

Number        Street

New York NY    10018

City   State   ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  4517

**When was the debt incurred?**  10-20-2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt/Short Term Loan

$ 171,346.00

---

**4.26** | On Deck Capital - Credit Line

Nonpriority Creditor's Name

1400 Broadway

Number        Street

Floor 25

New York NY    10018-5225

City   State   ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  2615923

**When was the debt incurred?**  2/27/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt/Credit Line

$ 50,000.00

---

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 10 of 19

| 4.27 | Pacific Financial Association, Inc. | | |
|---|---|---|---|

Nonpriority Creditor's Name

22601 N. 19th Ave.
Number　　Street
Suite 202

Phoenix AZ　　85027-1321
City　　State　　ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 24715
**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt/Brokerage Bond

$ 100,942.71

---

| 4.28 | Penske | | |
|---|---|---|---|

Nonpriority Creditor's Name

2675 Morgantown Road
Number　　Street
Reading PA　　196079676
City　　State　　ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 688482
**When was the debt incurred?** 2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt/Equipment Funding

$ 50,000.00

---

| 4.29 | PIRS Capital | | |
|---|---|---|---|

Nonpriority Creditor's Name

1688 Meridian Ave.
Number　　Street
Suite 700

Miami Beach FL　　33139-2710
City　　State　　ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** Loan/None
**When was the debt incurred?** 5/26/2023

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt/Short Term Loan

$ 407,957.00

Official Form 106E/F　　Schedule E/F: Creditors Who Have Unsecured Claims　　page 11 of 19

| 4.30 | | |
|---|---|---|
| **Reserve Capital Management** | **Last 4 digits of account number**  Loan | $ 105,000.00 |

Reserve Capital Management
Nonpriority Creditor's Name

325 Division Ave.
Number      Street

Suite 201

Brooklyn NY    11211-2572
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  Loan
**When was the debt incurred?**  10/20/2023

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt/Short Term Loan

$ 105,000.00

---

| 4.31 | | |
|---|---|---|
| **RTS Financial Service, Inc.** | **Last 4 digits of account number**  146593REC | $ 46,343.27 |

RTS Financial Service, Inc.
Nonpriority Creditor's Name

9300 Metcalf Ave.
Number      Street

Overland Park KS    66212-
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?**  2023

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt/Credit Line

$ 46,343.27

---

| 4.32 | | |
|---|---|---|
| **Samsara** | **Last 4 digits of account number**  626326760 | $ 10,000.00 |

Samsara
Nonpriority Creditor's Name

1 De Haro St.
Number      Street

San Francisco CA    94107-5205
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?**  2023

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt/Equipment Funding

$ 10,000.00

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 12 of 19

| 4.33 | Small Business Administration | **Last 4 digits of account number** 1215348403 | $ 140,000.00 |

**Small Business Administration**
Nonpriority Creditor's Name

409 3rd St., SW
Number        Street
Washington DC    20416
City        State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 1215348403
**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt/Loan

$ 140,000.00

---

| 4.34 |

**Small Business Administration**
Nonpriority Creditor's Name

409 3rd St. SW
Number        Street
Washington DC    20416-3212
City        State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 485355800
**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt/Loan

$ 30,000.00

---

| 4.35 |

**Sonoran Radiology**
Nonpriority Creditor's Name

P.O. Box 208593
Number        Street
Dallas TX    75320
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** SRB957313
**When was the debt incurred?** 2/2024

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Medical Services

$ 3,098.00

| 4.36 | Southern Tire Mart | | Last 4 digits of account number 7235895 | $ 35,000.00 |

**4.36**

Southern Tire Mart
Nonpriority Creditor's Name

800 US- 98
Number          Street
Columbia MS    39429-8255
City       State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 7235895
**When was the debt incurred?** 2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt/Equipment Funding

$ 35,000.00

---

**4.37**

Tandem Finance
Nonpriority Creditor's Name

3801 Automation Way
Number          Street
Suite 207

Fort Collins CO    80525-5734
City       State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 394856
**When was the debt incurred?** 6/2/2022

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt/Equipment Funding

$ 100,000.00

---

**4.38**

U.S. Small Business Administration
Nonpriority Creditor's Name

312 N Sprint St. 5th Floor
Number          Street
Los Angeles CA    90012-4701
City       State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 4159618007
**When was the debt incurred?** 06/2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 163,397.70

---

**4.39**

Verizon
Nonpriority Creditor's Name

6929 N. Lakewood Ave.
Number          Street

Tulsa  OK   74117-1808
City   State   ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 100000099490

**When was the debt incurred?** 2019

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Telephone / Internet services

$ 2,342.51

---

**4.40**

Verizon
Nonpriority Creditor's Name

6929 N. Lakewood Ave.
Number          Street

Tulsa  OK   74117-1808
City   State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business Debt/Equipment Funding

$ 15,000.00

---

**4.41**

Wells Fargo
Nonpriority Creditor's Name

P.O. Box 5511
Number          Street

Sioux Falls SD   57117
City   State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 2094

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business Debt/Credit Card

$ 5,000.00

---

| 4.42 | Wells Fargo | **Last 4 digits of account number** 0001 | $ 3,677.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** 07-12-2022

Po Box 10438

Number      Street

Des Moines IA     50306

City       State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify

---

| 4.43 | Wells Fargo | **Last 4 digits of account number** 1015 | $ 40,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** 1/29/2020

P.O. Box 5511

Number      Street

Sioux Falls SD     57117

City       State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify   Business Debt/Credit Line

---

| 4.44 | Wells Fargo | **Last 4 digits of account number** 1495 | $ 32,834.29 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** 1/13/2020

P.O. Box 5511

Number      Street

Sioux Falls SD     57117

City       State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify   Business Debt/Credit Line

---

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 16 of 19

| 4.45 | Wells Fargo Signify Business | | $ 26,647.75 |

**Last 4 digits of account number** 1312

**When was the debt incurred?** 01/23/2020

Nonpriority Creditor's Name

P.O. Box 5511

Number    Street

Sioux Falls SD    57117

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt/Credit Card

---

| 4.46 | Wfbna Auto | | $ 13,059.00 |

**Last 4 digits of account number** 0907

**When was the debt incurred?** 04-29-2019

Nonpriority Creditor's Name

Po Box 19752

Number    Street

Irvine  CA    92623

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

| 4.47 | Wfbna Card | | $ 14,156.00 |

**Last 4 digits of account number** 6476

**When was the debt incurred?** 08-31-2012

Nonpriority Creditor's Name

Po Box 3696

Number    Street

Portland OR    97208

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

---

| 4.48 | Wfbna Card | Last 4 digits of account number 1620 | $ 28,550.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** 01-28-2022

3300 W Sahara Ave

Number    Street

Las Vegas NV    89102

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.49 | Wynwood Capital Group | Last 4 digits of account number  Loan | $ 150,920.30 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** 8/31/2012

20200 W. Dixie Highway

Number    Street

Miami FL    33180-1918

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt/Short Term Loan

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Altus Receivables Management

Creditor's Name

2121 Airline Dr., #520

Number    Street

Metairie LA    70001

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.36  of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

**Last 4 digits of account number**

Andrew Kump

Creditor's Name

9300 Metcalf, 3rd Floor

Number    Street

Shawnee Mission KS    66212

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.31  of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

Jaburg & Wilk, PC - Ron Horwitz

Creditor's Name

3200 N. Central Ave

Number    Street

Suite 2000

Phoenix AZ    85012-0000

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.48  of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

---

<u>Jennings, Haug & Cunningham, LLP</u>
Creditor's Name

<u>2800 N. Central Ave.</u>
Number     Street

<u>Suite 1800</u>

<u>Phoenix AZ     85004</u>
City     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** <u>4.14</u> of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number**

---

<u>Radius Global Solutions, LLC</u>
Creditor's Name

<u>7831 Glenroy Road, Suite 250</u>
Number     Street

<u>Minneapolis MN     55439</u>

City     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** <u>4.12</u> of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number**   4097

---

<u>U.S. Small Business Administration</u>
Creditor's Name

<u>Arizona District Office</u>
Number     Street

<u>2828 N. Central Ave., Suite 800</u>

<u>Phoenix AZ     85004-1093</u>
City     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** <u>4.38</u> of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number**

---

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
Add the amounts for each type of unsecured claim.

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. $ 0.00 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 2,746,940.99 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. $ 2,746,940.99 |

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 19 of 19

Debtor 1    Antonio Marciano Mead-Smith
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name        Last Name

United States Bankruptcy Court for the:  District of Arizona

Case number
(if know)

☐ Check if this is
an amended
filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** 1080 Group, LLC<br>Name<br>1080 Nimitzview Drive Suite 400<br>Street<br>Cincinnati OH    45230<br>City    State    ZIP Code | Office Lease Lessor |

**Fill in this information to identify your case:**

Debtor 1    Antonio Marciano Mead-Smith
　　　　　　First Name　　　Middle Name　　　　Last Name

Debtor 2
(Spouse, if filing)　First Name　　　Middle Name　　　Last Name

United States Bankruptcy Court for the:  District of Arizona

Case number
(if know)

☐ Check if this is
an amended
filing

Official Form 106H

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
   　　☑ No
   　　☐ Yes. **In which community state or territory did you live?** _____. Fill in the name and current address of that person.

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1:  **Your codebtor** | Column 2:  **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** Cargo Flow, LLC<br>Name<br>5150 N. 16th Street Ste. B144<br>Street<br>Phoenix　　　　AZ　　85016<br>City　　　　　　State　ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line 4.12<br>☐ Schedule G, line _____ |
| **3.2** Cargo Flow, LLC<br>Name<br>5150 N. 16th Street Ste. B144<br>Street<br>Phoenix　　　　AZ　　85016<br>City　　　　　　State　ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line 4.38<br>☐ Schedule G, line _____ |
| **3.3** Cargo Flow, LLC<br>Name<br>5150 N. 16th Street Ste. B144<br>Street<br>Phoenix　　　　AZ　　85016<br>City　　　　　　State　ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line 4.6<br>☐ Schedule G, line _____ |

| 3.4 | Cargo Flow, LLC | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.8 |
| | 5150 N. 16th Street Ste. B144 | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Phoenix | AZ | 85016 | |
| | City | State | ZIP Code | |

| 3.5 | Cargo Flow, LLC | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.1 |
| | 5150 N. 16th Street Ste. B144 | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Phoenix | AZ | 85016 | |
| | City | State | ZIP Code | |

| 3.6 | Cheap Movez, LLC | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.2 |
| | 4514 W. Cochise Dr. | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Glendale | AZ | 85302 | |
| | City | State | ZIP Code | |

| 3.7 | Cargo Flow, LLC | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.4 |
| | 5150 N. 16th Street Ste. B144 | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Phoenix | AZ | 85016 | |
| | City | State | ZIP Code | |

| 3.8 | Cargo Flow, LLC | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.5 |
| | 5150 N. 16th Street Ste. B144 | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Phoenix | AZ | 85016 | |
| | City | State | ZIP Code | |

| 3.9 | Cargo Flow, LLC | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.7 |
| | 5150 N. 16th Street Ste. B144 | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Phoenix | AZ | 85016 | |
| | City | State | ZIP Code | |

| 3.10 | Cargo Flow, LLC | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.31 |
| | 5150 N. 16th Street Ste. B144 | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Phoenix | AZ | 85016 | |
| | City | State | ZIP Code | |

| 3.11 | Cheap Movez, LLC | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.31 |
| | 4514 W. Cochise Dr. | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Glendale | AZ | 85302 | |
| | City | State | ZIP Code | |

| 3.12 | Pro Alliance Synergies, LLC | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.31 |
| | 5150 N. 16th Street Ste. B144 | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Phoenix | AZ | 85016 | |
| | City | State | ZIP Code | |

Official Form 106H                             Schedule H: Your Codebtors                                  page 2 of 6

| 3.13 | Cargo Flow, LLC | ☐ Schedule D, line ___ |
|---|---|---|
| | Name | ☒ Schedule E/F, line 4.9 |
| | 5150 N. 16th Street Ste. B144 | ☐ Schedule G, line ___ |
| | Street | |
| | Phoenix                    AZ    85016 | |
| | City            State    ZIP Code | |

| 3.14 | Cheap Movez, LLC | ☐ Schedule D, line ___ |
|---|---|---|
| | Name | ☒ Schedule E/F, line 4.20 |
| | 4514 W. Cochise Dr. | ☐ Schedule G, line ___ |
| | Street | |
| | Glendale                    AZ    85302 | |
| | City            State    ZIP Code | |

| 3.15 | Cargo Flow, LLC | ☐ Schedule D, line ___ |
|---|---|---|
| | Name | ☒ Schedule E/F, line 4.13 |
| | 5150 N. 16th Street Ste. B144 | ☐ Schedule G, line ___ |
| | Street | |
| | Phoenix                    AZ    85016 | |
| | City            State    ZIP Code | |

| 3.16 | Cheap Movez, LLC | ☐ Schedule D, line ___ |
|---|---|---|
| | Name | ☒ Schedule E/F, line 4.13 |
| | 4514 W. Cochise Dr. | ☐ Schedule G, line ___ |
| | Street | |
| | Glendale                    AZ    85302 | |
| | City            State    ZIP Code | |

| 3.17 | Cargo Flow, LLC | ☐ Schedule D, line ___ |
|---|---|---|
| | Name | ☒ Schedule E/F, line 4.15 |
| | 5150 N. 16th Street Ste. B144 | ☐ Schedule G, line ___ |
| | Street | |
| | Phoenix                    AZ    85016 | |
| | City            State    ZIP Code | |

| 3.18 | Cargo Flow, LLC | ☐ Schedule D, line ___ |
|---|---|---|
| | Name | ☒ Schedule E/F, line 4.16 |
| | 5150 N. 16th Street Ste. B144 | ☐ Schedule G, line ___ |
| | Street | |
| | Phoenix                    AZ    85016 | |
| | City            State    ZIP Code | |

| 3.19 | Cargo Flow, LLC | ☐ Schedule D, line ___ |
|---|---|---|
| | Name | ☒ Schedule E/F, line 4.14 |
| | 5150 N. 16th Street Ste. B144 | ☐ Schedule G, line ___ |
| | Street | |
| | Phoenix                    AZ    85016 | |
| | City            State    ZIP Code | |

| 3.20 | Cargo Flow, LLC | ☐ Schedule D, line ___ |
|---|---|---|
| | Name | ☒ Schedule E/F, line 4.17 |
| | 5150 N. 16th Street Ste. B144 | ☐ Schedule G, line ___ |
| | Street | |
| | Phoenix                    AZ    85016 | |
| | City            State    ZIP Code | |

| 3.21 | Cargo Flow, LLC | ☐ Schedule D, line ___ |
|---|---|---|
| | Name | ☒ Schedule E/F, line 4.18 |
| | 5150 N. 16th Street Ste. B144 | ☐ Schedule G, line ___ |
| | Street | |
| | Phoenix                    AZ    85016 | |
| | City            State    ZIP Code | |

Official Form 106H                    Schedule H: Your Codebtors                    page 3 of 6

| 3.22 | Cheap Movez, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.18 |
| | 4514 W. Cochise Dr. | ☐ Schedule G, line ____ |
| | Street | |
| | Glendale    AZ    85302 | |
| | City    State    ZIP Code | |

| 3.23 | Cargo Flow, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.19 |
| | 5150 N. 16th Street Ste. B144 | ☐ Schedule G, line ____ |
| | Street | |
| | Phoenix    AZ    85016 | |
| | City    State    ZIP Code | |

| 3.24 | Cargo Flow, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.25 |
| | 5150 N. 16th Street Ste. B144 | ☐ Schedule G, line ____ |
| | Street | |
| | Phoenix    AZ    85016 | |
| | City    State    ZIP Code | |

| 3.25 | Cheap Movez, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.27 |
| | 4514 W. Cochise Dr. | ☐ Schedule G, line ____ |
| | Street | |
| | Glendale    AZ    85302 | |
| | City    State    ZIP Code | |

| 3.26 | Cheap Movez, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.26 |
| | 4514 W. Cochise Dr. | ☐ Schedule G, line ____ |
| | Street | |
| | Glendale    AZ    85302 | |
| | City    State    ZIP Code | |

| 3.27 | Cargo Flow, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.36 |
| | 5150 N. 16th Street Ste. B144 | ☐ Schedule G, line ____ |
| | Street | |
| | Phoenix    AZ    85016 | |
| | City    State    ZIP Code | |

| 3.28 | Cargo Flow, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.28 |
| | 5150 N. 16th Street Ste. B144 | ☐ Schedule G, line ____ |
| | Street | |
| | Phoenix    AZ    85016 | |
| | City    State    ZIP Code | |

| 3.29 | Cargo Flow, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.29 |
| | 5150 N. 16th Street Ste. B144 | ☐ Schedule G, line ____ |
| | Street | |
| | Phoenix    AZ    85016 | |
| | City    State    ZIP Code | |

| 3.30 | Cheap Movez, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.29 |
| | 4514 W. Cochise Dr. | ☐ Schedule G, line ____ |
| | Street | |
| | Glendale    AZ    85302 | |
| | City    State    ZIP Code | |

Official Form 106H    Schedule H: Your Codebtors    page 4 of 6

| 3.31 | Cargo Flow, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.30 |
| | 5150 N. 16th Street Ste. B144 | ☐ Schedule G, line ____ |
| | Street | |
| | Phoenix                    AZ      85016 | |
| | City                    State    ZIP Code | |

| 3.32 | Cheap Movez, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.30 |
| | 4514 W. Cochise Dr. | ☐ Schedule G, line ____ |
| | Street | |
| | Glendale                    AZ      85302 | |
| | City                    State    ZIP Code | |

| 3.33 | Cargo Flow, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.32 |
| | 5150 N. 16th Street Ste. B144 | ☐ Schedule G, line ____ |
| | Street | |
| | Phoenix                    AZ      85016 | |
| | City                    State    ZIP Code | |

| 3.34 | Cargo Flow, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.37 |
| | 5150 N. 16th Street Ste. B144 | ☐ Schedule G, line ____ |
| | Street | |
| | Phoenix                    AZ      85016 | |
| | City                    State    ZIP Code | |

| 3.35 | Cargo Flow, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.33 |
| | 5150 N. 16th Street Ste. B144 | ☐ Schedule G, line ____ |
| | Street | |
| | Phoenix                    AZ      85016 | |
| | City                    State    ZIP Code | |

| 3.36 | Cheap Movez, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.34 |
| | 4514 W. Cochise Dr. | ☐ Schedule G, line ____ |
| | Street | |
| | Glendale                    AZ      85302 | |
| | City                    State    ZIP Code | |

| 3.37 | Cargo Flow, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.40 |
| | 5150 N. 16th Street Ste. B144 | ☐ Schedule G, line ____ |
| | Street | |
| | Phoenix                    AZ      85016 | |
| | City                    State    ZIP Code | |

| 3.38 | Cargo Flow, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.44 |
| | 5150 N. 16th Street Ste. B144 | ☐ Schedule G, line ____ |
| | Street | |
| | Phoenix                    AZ      85016 | |
| | City                    State    ZIP Code | |

| 3.39 | Cheap Movez, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.43 |
| | 4514 W. Cochise Dr. | ☐ Schedule G, line ____ |
| | Street | |
| | Glendale                    AZ      85302 | |
| | City                    State    ZIP Code | |

Official Form 106H                    Schedule H: Your Codebtors                    page 5 of 6

| 3.40 | Cargo Flow, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.49 |
| | 5150 N. 16th Street Ste. B144 | ☐ Schedule G, line ____ |
| | Street | |
| | Phoenix               AZ        85016 | |
| | City          State    ZIP Code | |

| 3.41 | Cheap Movez, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.49 |
| | 4514 W. Cochise Dr. | ☐ Schedule G, line ____ |
| | Street | |
| | Glendale               AZ        85302 | |
| | City          State    ZIP Code | |

| 3.42 | Cheap Movez, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.45 |
| | 4514 W. Cochise Dr. | ☐ Schedule G, line ____ |
| | Street | |
| | Glendale               AZ        85302 | |
| | City          State    ZIP Code | |

| 3.43 | Cheap Movez, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.41 |
| | 4514 W. Cochise Dr. | ☐ Schedule G, line ____ |
| | Street | |
| | Glendale               AZ        85302 | |
| | City          State    ZIP Code | |

| 3.44 | Cargo Flow, LLC | ☐ Schedule D, line ____ |
| | Name | ☐ Schedule E/F, line ____ |
| | 5150 N. 16th Street Ste. B144 | ☑ Schedule G, line 2.1 |
| | Street | |
| | Phoenix               AZ        85016 | |
| | City          State    ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1    Antonio Marciano Mead-Smith
          First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   District of Arizona

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income
                              12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Employment**

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed <br> ☐ Not employed | ☐ Employed <br> ☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | Transportation/Logistics Consult | |
| Occupation may include student or homemaker, if it applies. | **Employer's name** | Logistics Development Partners, LLC | |
| | **Employer's address** | 14607 N. Ensenada Ct. <br> Number   Street | Number   Street |
| | | Phoenix, AZ 85053 <br> City      State    ZIP Code | City      State    ZIP Code |
| | **How long employed there?** | 8 months | |

**Part 2:   Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 11,000.02 | $_____ |
| 3. | Estimate and list monthly overtime pay. | 3. | + $ 0.00 | + $_____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 11,000.02 | $_____ |

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here..........................................➔ 4. | $ 11,000.02 | $_____ |

5. **List all payroll deductions:**

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions**  5a. | $ 2,351.64 | $_____ |
| 5b. **Mandatory contributions for retirement plans**  5b. | $ 0.00 | $_____ |
| 5c. **Voluntary contributions for retirement plans**  5c. | $ 0.00 | $_____ |
| 5d. **Required repayments of retirement fund loans**  5d. | $ 0.00 | $_____ |
| 5e. **Insurance**  5e. | $ 0.00 | $_____ |
| 5f. **Domestic support obligations**  5f. | $ 0.00 | $_____ |
| 5g. **Union dues**  5g. | $ 0.00 | $_____ |
| 5h. **Other deductions.** Specify: _____  5h. | + $ 0.00 | + $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.  6.   $ 2,351.64    $_____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7.   $ 8,648.38    $_____

8. **List all other income regularly received:**

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm**  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a. | $ 2,824.30 | $_____ |
| 8b. **Interest and dividends**  8b. | $ 0.00 | $_____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c. | $ 0.00 | $_____ |
| 8d. **Unemployment compensation**  8d. | $ 0.00 | $_____ |
| 8e. **Social Security**  8e. | $ 0.00 | $_____ |
| 8f. **Other government assistance that you regularly receive**  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: _____  8f. | $ 0.00 | $_____ |
| 8g. **Pension or retirement income**  8g. | $ 0.00 | $_____ |
| 8h. **Other monthly income.** Specify: _____  8h. | + $ 0.00 | + $_____ |

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.  9.   $ 2,824.30    $_____

10. **Calculate monthly income.** Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  10.   $ 11,472.68  +  $_____  =  $ 11,472.68

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____  11. + $_____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies  12.   $ 11,472.68

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

## Continuation Sheet for Official Form 106I

1. Describe Employment:

Debtor: Antonio Marciano Mead-Smith

Occupation: Operations Manager

Name of Employer: Stewart Transport

Employer's Address: 8164 W. Buckeye Rd., Phoenix, AZ 85043-4003

Length of Employment: 3 months

-------

Debtor: Antonio Marciano Mead-Smith

Occupation: Owner

Name of Employer: Logistics Development Partners

Employer's Address: 14607 N. Ensenada Ct., Phoenix, AZ 85053

Length of Employment: 10 months

-------

# Logistics Development Partners

## Profit and Loss
### January - December 2025

| | TOTAL |
|---|---:|
| Income | |
| Sales | 31,451.32 |
| **Total Income** | **$31,451.32** |
| Expenses | |
| Advertising and Marketing | 800.00 |
| Apps and software | 159.61 |
| Contract labor | 5,348.98 |
| Legal and professional services | 125.00 |
| Lodging | 126.75 |
| Materials and supplies | 2,223.43 |
| Meals with clients | 875.56 |
| Subscriptions and memberships | 36.90 |
| Transaction fees | 49.64 |
| Travel meals | 497.59 |
| **Total Expenses** | **$10,243.46** |
| NET OPERATING INCOME | **$21,207.86** |
| Other Expenses | |
| Gas and fuel | 526.28 |
| Other vehicle expenses | 54.29 |
| Parking and tolls | 46.84 |
| Rent and lease (home office) | 3,427.70 |
| Vehicle repairs and maintenance | 206.98 |
| **Total Other Expenses** | **$4,262.09** |
| NET OTHER INCOME | **$ -4,262.09** |
| NET INCOME | **$16,945.77** |

**Fill in this information to identify your case:**

Debtor 1    Antonio Marciano Mead-Smith

     First Name          Middle Name          Last Name

Debtor 2

(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   District of Arizona

                                           (State)

Case number

(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

     ☐ No

     ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 6 | ☐ No ☑ Yes |
| Daughter | 4 | ☐ No ☑ Yes |
| Common Law Spouse | 31 | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,400.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

| | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5.   $_____0.00

6. **Utilities:**

   6a.   Electricity, heat, natural gas    6a.   $_____300.00

   6b.   Water, sewer, garbage collection    6b.   $_____150.00

   6c.   Telephone, cell phone, Internet, satellite, and cable services    6c.   $_____400.00

   6d.   Other. Specify: _____    6d.   $_____0.00

7. **Food and housekeeping supplies**    7.   $_____800.00

8. **Childcare and children's education costs**    8.   $_____1,000.00

9. **Clothing, laundry, and dry cleaning**    9.   $_____100.00

10. **Personal care products and services**    10.   $_____20.00

11. **Medical and dental expenses**    11.   $_____200.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12.   $_____400.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.   $_____150.00

14. **Charitable contributions and religious donations**    14.   $_____0.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.   Life insurance    15a.   $_____0.00

   15b.   Health insurance    15b.   $_____500.00

   15c.   Vehicle insurance    15c.   $_____200.00

   15d.   Other insurance. Specify:_____    15d.   $_____0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16.   $_____0.00

17. **Installment or lease payments:**

   17a.   Car payments for Vehicle 1    17a.   $_____1,200.00

   17b.   Car payments for Vehicle 2    17b.   $_____0.00

   17c.   Other. Specify:_____    17c.   $_____0.00

   17d.   Other. Specify:_____    17d.   $_____0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18.   $_____0.00

19. **Other payments you make to support others who do not live with you.**
Specify:_____    19.   $_____0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a.   Mortgages on other property    20a.   $_____0.00

   20b.   Real estate taxes    20b.   $_____0.00

   20c.   Property, homeowner's, or renter's insurance    20c.   $_____0.00

   20d.   Maintenance, repair, and upkeep expenses    20d.   $_____0.00

   20e.   Homeowner's association or condominium dues    20e.   $_____0.00

21. **Other**. Specify: Miscellaneous and Contingency _____

      _____

      _____

21. +$_____ 150.00
     +$_____
     +$_____

22. **Calculate your monthly expenses.**

     22a. Add lines 4 through 21.

     22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a

     and 22b. The result is your monthly expenses.

22a. $_____ 6,970.00

22b. $_____

22c. $_____ 6,970.00

23. **Calculate your monthly net income.**

     23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*

     23b. Copy your monthly expenses from line 22c above.

23a. $_____ 11,472.68

23b. −$_____ 6,970.00

     23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*

23c. $_____ 4,502.68

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.
     ☐ Yes.

Explain here:

Case 2:25-bk-01292-MCW    Doc 1    Filed 02/17/25    Entered 02/17/25 19:03:55    Desc
Main Document     Page 57 of 77

**Fill in this information to identify your case:**

Debtor 1     Antonio Marciano Mead-Smith
_____
             First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the  District of Arizona

Case number  _____
   (If known)

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✘ /s/ Antonio Marciano Mead-Smith                    ✘ _____
   Signature of Debtor 1                                  Signature of Debtor 2

   Date 02/17/2025                                      Date _____
        MM / DD / YYYY                                       MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1 __Antonio Marciano Mead-Smith__
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of Arizona

Case number
(if know) _____

☐ Check if this is
an amended
filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          **4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

### Part 2:  Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $ 16,230.00 | ☐ Wages, commissions, bonuses, tips | $ _____ |
|  | ☐ Operating a business |  | ☐ Operating a business |  |
| **For last calendar year:**<br><br>(January 1 to December 31, 2024 ) | ☑ Wages, commissions, bonuses, tips | $ 157,570.00 | ☐ Wages, commissions, bonuses, tips | $ _____ |
|  | ☑ Operating a business |  | ☐ Operating a business |  |
| **For the calendar year before that:**<br><br>(January 1 to December 31, 2023 ) | ☑ Wages, commissions, bonuses, tips | $ 109,200.00 | ☐ Wages, commissions, bonuses, tips | $ _____ |
|  | ☐ Operating a business |  | ☐ Operating a business |  |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** |  |  |  |  |
| **For last calendar year:** (January 1 to December 31, 2024 | | | | |
| **For the calendar year before that:** (January 1 to December 31, 2023 | Federal Tax Refund | $ 26,684.00 | _____ | _____ |
| | State Tax Refund | $ 2,209.00 | _____ | _____ |
| | Taxable Interest | $ 25,318.00 | _____ | _____ |

| Part 3: | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.

☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No.

☐ Yes. List all payments that benefited an insider.

| Part 4: | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: Crossroads Equipment Lease and Finance, LLC v. Cargo Flow, LLC, et al <br> Case number: CV2024-014148 | Civil; Date filed: 06/05/2024 | Maricopa County Superior Court <br> Court Name <br> 101 W. Jefferson Ave <br> Number   Street <br> Phoenix AZ   85003 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title: Wells Fargo Bank v. Antonio Mead-Smith <br> Case number: CV2024-037049 | Civil; Date filed: 12/19/2024 | Maricopa County Superior Court <br> Court Name <br> 101 W. Jefferson Ave <br> Number   Street <br> Phoenix AZ   85003 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title: RTS Financial Service, Inc. v. Cheap Movez, LLC, et al <br> Case number: 24CV04359 | Civil; Date filed: 08/20/2024 | District Court of Johnson County, Kansas <br> Court Name <br> 150 W. Santa Fe Street <br> Number   Street <br> Olathe KS   66061 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Debtor | Antonio Marciano Mead-Smith | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

---

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Patrick F. Keery _____ | | 01/2024 | $ 40,000.00 |
| Person Who Was Paid | | 12/20/2023 | $ _____ |
| 6803 E Main Street _____ | | | |
| Number  Street | | | |
| Ste. 1116 _____ | | | |
| Scottsdale AZ  85251 _____ | | | |
| City  State  ZIP Code | | | |
| Email or website address | | | |
| CheapMovz, LLC paid $10,000 on 3/15/2024 | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Bell Ford _____ | 2016 Dodge Challenger and 2019 Alfa Romero, $45,000.00 | 44296 | 08/23/2024 |
| Person Who Received Transfer | | | |
| 2401 W. Bell Road _____ | | | |
| Number  Street | | | |
| Phoenix AZ  85023 _____ | | | |
| City  State  ZIP Code | | | |
| Person's relationship to you  None _____ | | | |

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

---

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

Official Form 107                 Statement of Financial Affairs for Individuals Filing for Bankruptcy                 page 4 of 8

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

☑ No
☐ Yes. Fill in the details.

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---------|--------------------------------------------------------|

**23.** **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Part 10: | Give Details About Environmental Information |
|----------|----------------------------------------------|

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24.** **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

**25.** **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

**26.** **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Part 11: | Give Details About Your Business or Connections to Any Business |
|----------|-----------------------------------------------------------------|

**27.** **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Cheap Movez, LLC | Logistics Broker | **Do not include Social Security number or ITIN.** |
| Business Name | | |
| 4514 W Cochise Dr. | | EIN: 4 7 – 5 2 4 7 1 5 9 |
| Number        Street | **Name of accountant or bookkeeper** | **Dates business existed** |
| Glendale AZ    85302 | | |
| City    State    ZIP Code | | From 08/11/2025 To 09/30/2024 |

| | | |
|---|---|---|
| **Logistics Development Partners, LLC**<br>Business Name<br><br>14607 N. Ensenada Ct.<br>Number       Street<br>Phoenix AZ    85053<br>City    State    ZIP Code | **Describe the nature of the business**<br>Logistics Broker<br><br>**Name of accountant or bookkeeper**<br>Sandhaus & Johnson | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: 9 9 – 2 0 3 2 2 0 8<br>**Dates business existed**<br><br>From 03/20/2024 To Current |
| **Cargo Flow, LLC**<br>Business Name<br><br>5150 N. 16th Stret<br>Number       Street<br>Suite B144<br><br>Phoenix AZ    85016<br>City    State    ZIP Code | **Describe the nature of the business**<br>Logistics Broker<br><br>**Name of accountant or bookkeeper**<br>Sandhaus & Johnson | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: 4 6 – 0 9 7 1 5 7 2<br>**Dates business existed**<br><br>From 08/31/2012 To 09/30/2024 |
| **Bolt Buddy, LLC**<br>Business Name<br><br>14607 N. Ensenada Ct.<br>Number       Street<br>Phoenix AZ    85053<br>City    State    ZIP Code | **Describe the nature of the business**<br>Not in Operation<br><br>**Name of accountant or bookkeeper**<br>Sandhaus & Johnson | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From 07/01/2022 To 09/30/2024 |
| **Dispatch Pros, LLC**<br>Business Name<br><br>5150 N. 16th Street<br>Number       Street<br>Suite B144<br><br>Phoenix AZ    85016<br>City    State    ZIP Code | **Describe the nature of the business**<br>Logistics Broker<br><br>**Name of accountant or bookkeeper**<br>Sandhaus & Johnson | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From 03/28/2023 To 09/30/2024 |
| **Pro Alliance Synergies, LLC**<br>Business Name<br><br>5150 N. 16th St.<br>Number       Street<br>Suite B144<br><br>Phoenix AZ    85016<br>City    State    ZIP Code | **Describe the nature of the business**<br>Not in Operation<br><br>**Name of accountant or bookkeeper**<br>Sandhaus & Johnson | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: 9 3 – 2 6 8 8 7 9 4<br>**Dates business existed**<br><br>From 03/28/2023 To 09/30/2024 |
| **Universal Prints and Tees, LLC**<br>Business Name<br><br>4514 W. Cochise Dr.<br>Number       Street<br>Glendale AZ    85302<br>City    State    ZIP Code | **Describe the nature of the business**<br>Not in Operation<br><br>**Name of accountant or bookkeeper**<br>Sandhaus & Johnson | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From 03/10/2014 To 09/30/2024 |
| **EZ Capital, LLC**<br>Business Name<br><br>14607 N. Ensenada Ct.<br>Number       Street<br>Phoenix AZ    85053<br>City    State    ZIP Code | **Describe the nature of the business**<br>Invoice Factoring Business<br><br>**Name of accountant or bookkeeper**<br>Sandhouse & Johnson | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: 8 4 – 2 4 6 6 5 5 0<br>**Dates business existed**<br><br>From 07/18/2019 To 09/30/2024 |

**28.** **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Date issued |
|---|---|
| Premier Merchant Funding | 05/30/2023 |
| Name | MM / DD / YYYY |
| 55 Water Street - 50th Floor I | |
| Number        Street | |
| New York NY        10041 | |
| City        State        ZIP Code | |

| | Date issued |
|---|---|
| Dubbs Holdings | 08/31/2023 |
| Name | MM / DD / YYYY |
| 3611 14th Ave | |
| Number        Street | |
| Brooklyn NY        11218 | |
| City        State        ZIP Code | |

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy        page 7 of 8

| Part 12: | Sign Below |
|---|---|

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✖ /s/ Antonio Marciano Mead-Smith                    ✖ _____
  Signature of Debtor 1                                 Signature of Debtor 2

Date  02/17/2025                                        Date _____

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the Bankruptcy Petition Preparer's Notice,
                                                     Declaration, and Signature (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1    Antonio Marciano Mead-Smith
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    District of Arizona

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income    12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

    ☑ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

    **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 11,000.02 | $ 0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 5,241.89 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | – $ 2,417.51 | $ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 2,824.29 | $ 0.00 | Copy here ➔ | $ 2,824.29 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | – $ 0.00 | $ 0.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 | $ 0.00 | Copy here ➔ | $ 0.00 | $ 0.00 |

Official Form 122B      **Chapter 11 Statement of Your Current Monthly Income**      page 1
Case 2:25-bk-01292-MCW    Doc 1    Filed 02/17/25    Entered 02/17/25 19:03:55    Desc
Main Document     Page 67 of 77

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| **7. Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| **8. Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................................↓

For you ................................................. $_____

For your spouse ................................................. $_____

**9.** Pension or retirement income. Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.    $ 0.00    $ 0.00

**10.** **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

$ 0.00    $ 0.00

$ 0.00    $ 0.00

+ $ 0.00    + $ 0.00

Total amounts from separate pages, if any.

**11. Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$ 13,824.31    +    $ 0.00    =    13,824.31

**Total current monthly income**

---

**Part 2:**    **Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✖ /s/ Antonio Marciano Mead-Smith      ✖ _____

Signature of Debtor 1      Signature of Debtor 2

Date 02/17/2025      Date 02/17/2025

MM / DD / YYYY      MM / DD / YYYY

Case 2:25-bk-01292-MCW    Doc 1    Filed 02/17/25    Entered 02/17/25 19:03:55    Desc
Main Document    Page 68 of 77

Antonio Mead-Smith

1080 GROUP, LLC
1080 NIMITZVIEW DRIVE
SUITE 400
CINCINNATI, OH 45230

ALTUS RECEIVABLES MANAGEMENT
2121 AIRLINE DR., #520
METAIRIE, LA 70001

AMERICAN EXPRESS
200 VESEY STREET
NEW YORK CITY, NY 10281-5525

AMERICAN EXPRESS
P.O. BOX 60189
CITY OF INDUSTRY, CA 91716-0189

AMEX
P O BOX 297871
FORT LAUDERDALE, FL 33329

AMUR FINANCIAL GROUP
SURREY, BC V3T 2X2, CANADA

ANDREW KUMP
9300 METCALF, 3RD FLOOR
SHAWNEE MISSION, KS 66212

APEX COMMERCIAL CAPITAL
1 WALNUT GROVE DRIVE
SUITE 300
HORSHAM, PA 19044-2201

ARIZONA DEPARTMENT OF REVENUE
2005 NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-0000

BEACON FUNDING
400 DUNDEE RD.
SUITE 180
NORTHBROOK, IL 60062-

BLUE BRIDGE FINANCIAL, INC.
11921 FREEDOM DR
SUITE 1130
RESTON, VA 20190-6225

BMO HARRIS BANK
111 W. MONROE ST.
SUITE 1200
CHICAGO, IL 60603-4014

CARGO FLOW, LLC
5150 N. 16TH STREET
STE. B144
PHOENIX, AZ 85016

CATERPILLAR CREDIT
P.O. BOX 735638
DALLAS, TX 75373-5638

Antonio Mead-Smith

CHEAP MOVEZ, LLC
4514 W. COCHISE DR.
GLENDALE, AZ 85302

CITI
PO BOX 6190
SIOUX FALLS, SD 57117

CITI
POB 6241
SIOUX FALLS, SD 57117

CITIBANK
388 GREENWICH ST.
NEW YORK, NY 10013

CLEARFUND SOLUTIONS
99 WALL STREET
SUITE 2613
NEW YORK CITY, NY 10005-4301

CROSSROADS FINANCIAL EQUIPMENT LEASE
9385 HAVEN AVE.
RANCHO CUCAMONGA, CA 91730

DESERT TRAILER SYSTEMS
2733 W. BUCKEYE RD.
PHOENIX, AZ 85009

ENGS COMMERCIAL FINANCE
1 PIERCE PLACE
ITASCA, IL 60143-1253

FLEET LOGIC LLC
DBA VELOCITY TRUCK RENTAL & LEASING
15724 VALLEY BLVD.
FONTANA, CA 92335-6428

G&G FUNDING GROUP, LLC
57 WEST 57TH STREET
4TH FLOOR
NEW YORK, NY 10019-2802

HIL FINANCIAL
3724 LAKE WASHINGTON BLVD. NE
KIRKLAND, WA 98033-7802

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA, PA 19101

JABURG & WILK, PC - RON HORWITZ
3200 N. CENTRAL AVE
SUITE 2000
PHOENIX, AZ 85012-0000

JENNINGS, HAUG & CUNNINGHAM, LLP
2800 N. CENTRAL AVE.
SUITE 1800
PHOENIX, AZ 85004

Antonio Mead-Smith


JPMCB CARD
201 N WALNUT ST
WILMINGTON, DE 19801


MITSUBISHI HC CAPITAL
2441 WARRENVILLE RD STE 310
LISLE, IL 60532


ON DECK CAPITAL - CREDIT LINE
1400 BROADWAY
FLOOR 25
NEW YORK, NY 10018-5225


ONDECK CAP
1400 BROADWAY
NEW YORK, NY 10018


PACIFIC FINANCIAL ASSOCIATION, INC.
22601 N. 19TH AVE.
SUITE 202
PHOENIX, AZ 85027-1321


PENSKE
2675 MORGANTOWN ROAD
READING, PA 196079676


PIRS CAPITAL
1688 MERIDIAN AVE.
SUITE 700
MIAMI BEACH, FL 33139-2710


RADIUS GLOBAL SOLUTIONS, LLC
7831 GLENROY ROAD, SUITE 250
MINNEAPOLIS, MN 55439


RERSERVE CAPITAL MANAGEMENT
325 DIVISION AVE.
SUITE 201
BROOKLYN, NY 11211-2572


RTS FINANCIAL SERVICE, INC.
9300 METCALF AVE.
OVERLAND PARK, KS 66212-


SAMSARA
1 DE HARO ST.
SAN FRANCISCO, CA 94107-5205


SMALL BUSINESS ADMINISTRATION
409 3RD ST., SW
WASHINGTON, DC 20416


SMALL BUSINESS ADMINISTRATION
409 3RD ST. SW
WASHINGTON, DC 20416-3212


SONORAN RADIOLOGY
P.O. BOX 208593
DALLAS, TX 75320

Antonio Mead-Smith


SOUTHERN TIRE MART
800 US- 98
COLUMBIA, MS 39429-8255

TANDEM FINANCE
3801 AUTOMATION WAY
SUITE 207
FORT COLLINS, CO 80525-5734

U.S. SMALL BUSINESS ADMINISTRATION
312 N SPRINT ST. 5TH FLOOR
LOS ANGELES, CA 90012-4701

U.S. SMALL BUSINESS ADMINISTRATION
ARIZONA DISTRICT OFFICE
2828 N. CENTRAL AVE., SUITE 800
PHOENIX, AZ 85004-1093

VERIZON
6929 N. LAKEWOOD AVE.
TULSA, OK 74117-1808

WELLS FARGO
P.O. BOX 5511
SIOUX FALLS, SD 57117

WELLS FARGO
PO BOX 10438
DES MOINES, IA 50306

WELLS FARGO SIGNIFY BUSINESS
P.O. BOX 5511
SIOUX FALLS, SD 57117

WFBNA AUTO
PO BOX 19752
IRVINE, CA 92623

WFBNA CARD
3300 W SAHARA AVE
LAS VEGAS, NV 89102

WFBNA CARD
PO BOX 3696
PORTLAND, OR 97208

WYNWOOD CAPITAL GROUP
20200 W. DIXIE HIGHWAY
MIAMI, FL 33180-1918

United States Bankruptcy Court

District of Arizona

In re: Antonio Marciano Mead-Smith

Case No.

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   02/17/2025

/s/ Antonio Marciano Mead-Smith
Signature of Debtor


Signature of Joint Debtor

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and
>
> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation
- Chapter 11— Reorganization
- Chapter 12— Voluntary repayment plan for family farmers or fishermen
- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7: Liquidation

|   | | |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Case 2:25-bk-01292-MCW    Doc 1    Filed 02/17/25    Entered 02/17/25 19:03:55    Desc
Main Document      Page 77 of 77